IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Branch, Denise A

Printed: 4/15/08

Case Number: 07 B 20571
Judge: Hollis, Pamela S
Filed: 11/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 880.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 832.48 |
| Trustee Fee: |  | 47.52 |
| Other Funds: |  | 0.00 |
| Totals: | 880.00 | 880.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 832.48 |
| 2. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 4. | City of Harvey | Secured | 128.00 | 0.00 |
| 5. | Rescap Mortgage | Secured | 7,000.00 | 0.00 |
| 6. | T Mobile USA | Unsecured | 29.12 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 48.89 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 18.59 | 0.00 |
| 9. | Alliance One | Unsecured | 22.50 | 0.00 |
| 10. | Nicor Gas | Unsecured | 127.98 | 0.00 |
| 11. | Aaron's Rental Purchase | Secured | | No Claim Filed |
| 12. | Aaron's Rental Purchase | Unsecured | | No Claim Filed |
| 13. | United Consumer Financial Srv | Unsecured | | No Claim Filed |
| 14. | Check America | Unsecured | | No Claim Filed |
| 15. | CCA | Unsecured | | No Claim Filed |
| 16. | Credit Management Co. | Unsecured | | No Claim Filed |
| 17. | Dubon Basilia | Unsecured | | No Claim Filed |
| 18. | Newport News | Unsecured | | No Claim Filed |
| 19. | Oxford Collection Service | Unsecured | | No Claim Filed |
| 20. | Seventh Avenue | Unsecured | | No Claim Filed |
| | | | $ 10,839.08 | $ 832.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 47.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Branch, Denise A

Printed:  4/15/08

Case Number:  07 B 20571
Judge:  Hollis, Pamela S
Filed:  11/3/07

_____
$ 47.52

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

